In the Matter of KEYES WINTER, as President Justice of the Municipal Court of the City of New York, on Behalf of the Board of Justices of the Municipal Court of the City of New York, Petitioner, against HARRY WOLKOF, as Clerk of the Second District Municipal Court of the City of New York, Borough of Brooklyn, Respondent.—

Settle order on notice. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

FRANCES L. KAHN, Appellant, v. LEON KAHN, Respondent.—

No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.